UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:
JORGE E. RAMIREZ, JR.,                                                Case No: 16-22214-LMI
                                                                       Chapter 7

_____Debtors_____/

## MOTION TO REINSTATE CHAPTER 7 CASE

**COME NOW,** the Debtor, Jorge E. Ramirez, Jr.**,** by and through his undersigned counsel and moves this Honorable Court for an Order Reinstating Case and as grounds therefore would show:

1. On September 1, 2016 the instant case was filed as a chapter 7 bankruptcy.

2. On September 21, 2016 this case was dismissed due to debtor's counsel's failure to timely file the required Payment Advices.

3. Due to a computer failure, the payment advices were not timely uploaded.

4. The required documents are being filed simultaneously with this Motion.

5. The Debtors case was filed in good faith and the Debtors will be unjustly prejudiced if not permitted to reinstate the case.

**WHEREFORE,** the Debtor pray this Court grant an Order Reinstating Dismissal and reinstating this case.

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent on 24th day of September, 2016 via ecf to Drew Dillworth, 2200 Museum Tower, 150 West Flagler St., Miami, FL 33130 and regular mail to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33010
Tel. 305-374-1234

By:*/s/ Robert Sanchez*_____
     Robert Sanchez, Esq., FBN#0442161

Allied Interstate, Inc.
POB 361774
Columbus, OH 43236

Allied Interstate, Inc.
POB 361774
Columbus, OH 43236

Allied Interstate, Inc.
POB 361774
Columbus, OH 43236

Amexdsnb
9111 Duke Blvd
Mason, OH 45040

Bank of America
POB 45224
Jacksonville, FL 32232-5224

Bank of America
POB 31785
Tampa, FL 33631-3785

Bank of America
P.O. BOX 851001
Dallas, TX 75285-1001

Bank of America
P.O. BOX 851001
Dallas, TX 75285-1001

Bank of America
P.O. BOX 851001
Dallas, TX 75285-1001

Bk Of Amer
Po Box 45144
Jacksonville, FL 32232

Cap1/Bstby
26525 N Riverwoods Blvd
Mettawa, IL 60045

Carmax Auto Finance
2040 Thalbro St
Richmond, VA 23230

Cbna
Po Box 6497
Sioux Falls, SD 57117

Cbna
50 Northwest Point Road
Elk Grove Village, IL 60007

Cbna
Po Box 6497
Sioux Falls, SD 57117

Chase
POB 24696
Columbus, OH 43224-0696

Chase - Toys R Us
Po Box 15298
Wilmington, DE 19850

Chase Card
Po Box 15298
Wilmington, DE 19850

Chase Card
Po Box 15298
Wilmington, DE 19850

Chase Card
Po Box 15298
Wilmington, DE 19850