# THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA

In re:

                                          Case No. 16-22214-LMI
                                          Chapter 7

Jorge E. Ramirez,

      Debtor,

_____/

**TRUSTEE'S NOTICE OF TAKING DEBTOR'S EXAMINATION *(DUCES TECUM)*
PURSUANT TO FRBP 2004**

     NOTICE IS HEREBY GIVEN that Drew M. Dillworth, the duly appointed and permanent Chapter 7 Trustee herein, by and through his undersigned counsel, and pursuant to Federal Rule of Bankruptcy Procedure 2004, will conduct an examination of:

| | |
|---|---|
| EXAMINEE: | Jorge E. Ramirez (If Examinee needs a translator it is Examinee's responsibility to provide and pay for same). |
| PLACE: | James B. Miller, P.A.<br>19 West Flagler Street, Suite 416<br>Miami, FL 33130 |
| DATE: | May 15th, 2017 at 10:00 a.m. |

     This examination may continue from day to day until completed.  If the Examinee receives this Notice less than seven (7) days prior to the scheduled examination (or less than 10 days if the examination is taking place outside of Florida), the examination will be rescheduled upon timely request to a mutually agreeable time.  The examination is pursuant to FRBP 2004 and applicable Local Rule, and will be taken before an officer authorized to record the testimony. The scope of the examination shall be as described in FBRP 2004.

     The Examinee is further requested to produce **on or before May 5th, 2017**, prior to the examination, all of the documents described on the attached Schedule "A".

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of this Pleading has been served this 19th, day of April, 2017, via ECF Service upon: **Robert Sanchez, Esq., as Debtor's Counsel; Drew M. Dillworth**, Chapter 7 Trustee, and **AUST.**

## CERTIFICATE OF ADMISSION

**I HEREBY CERTIFY** that I am admitted to the Bar for the District Court in and for the Southern District of Florida, and am duly-qualified to practice before this Court as set forth in Local Rule 2090-1(A).

Respectfully submitted this 19th, day of April, 2017.

Trustee's Counsel
19 West Flagler Street, Suite 416
Miami, FL 33130
Tel. No. (305) 374-0200
Fax. No. (305) 374-0250
Email: jbm@title11law.com


_____/s/_____
JAMES B. MILLER, ESQ.
Florida Bar No. 0009164

2

# EXHIBIT "A"

## I.    DEFINITIONS

A.    the term **"Representative"** shall mean any and all agents, employees, servants, officers, directors, attorneys, or other persons acting or purporting to act on behalf of the persons in question (the "Debtor" in this bankruptcy proceeding)

B.    The term **"Person(s)"** shall mean the plural as well as the singular and shall include any natural person, corporation, partnership, joint venture, association, government agency, and every other form of entity cognizable at law.

C.    The terms **"You"** and **"Your"** refer to the Debtor, jointly and individually as the case may apply to bring into the gambit the maximum amount of information and/or documents requested).

D.    The term **"Document"** shall mean the original and any copy whether different from the original by reason of any notation made on such copies or otherwise, regardless of the origin or location, of any written, recorded, transcribed, punched, taped, films or graphic matter, however produced or reproduced, including, but not limited to, any correspondence, notes, logs, journals, reports, letter, memoranda, notes, diaries, statistics, minutes, contracts, studies, checks, statements, receipts, returns, summaries, pamphlets, prospectuses, interoffice and intraoffice telephone calls, meetings or other communications, bulletins, printed matter, computer printouts, teletypes, telecopies, telefax, invoices, worksheets (and all drafts, alterations, modifications or changes to any of the foregoing); graphic and oral record or representations of any kind, including without limitation, photographs, charts, graphs, diagrams, illustrations, drawings, microfiche, microfilm, video tape recordings, motion pictures, electronic, mechanical or electrical records or representations of any kind, including without limitation, tapes, cassettes, discs and recordings.

E.    The term **"All Documents"** shall mean any document as above defined known to you and every such document which can be located or discovered by reasonably diligent efforts.

F.    The term **"Communication"** shall mean any oral or written utterance, notation or statement of any nature whatsoever, by and to whosoever made, including, but not limited to, correspondence, conversations, dialogues, discussions, interviews, conferences, meetings, consultations, agreements and the understandings between or among two or more people.

G.    The terms **"Identification," "Identify,"** and/or **"Identity,"** when used is reference to (a) a natural individual, require you to state his or her full name and residential and business addresses: (b) a corporation, require you to state its full

3

        corporate name and any names under which it does business, its state of incorporation, the address of its principal place of businesses, and the addresses of all of its offices in the State of Florida; (c) a business, require you to state the full name or style under which the business is conducted, its business address or addresses, the types of businesses in which it is engaged, the geographic areas in which it conducts those business, and the identity of the person or persons who own, operate, and control the business; (d) a document, require you to state the number of pages and the nature of the document (e.g., letter or memorandum), its title, its date, the name or names of its authors and recipients, and its present location and custodian; (e) a communication, require you, if any part of the communication was written, to identify the document or documents which refer to or evidence the communication, and, to the extent that the communication was non-written, to identify the persons participating in the communication and to state the date, manner, place and substance of the communication.

H.     The term **"Describe in Detail"** shall mean to recite the information in your possession for each separate and distinct act, instance, occurrence, or communication, including the date, location and identity of each and every person present or involved, and the identity of each and every communication and each and every document which related to the act, instance, occurrence or communication.

I.     The term **"Referring to"** or **"Relating to"** means in any way directly or indirectly, concerning, referring to, disclosing, describing, confirming, supporting, evidencing or representing.

J.     The term **"And"** and **"Or"**, as used herein, are both conjunctive and disjunctive.

K.     All singular words include the plural, and all plural words include the singular.

L.     All works in the present tense include the past, and all works in the past tense include the present.

M.     Each paragraph herein shall be construed independently and not by reference to any other paragraph for the purpose of limitation.

N.     You are required to produce all documents requested by the request for production which are in your custody or subject to your control, and to use reasonable diligence to locate and produce such documents. If any documents cannot be located or no longer exists, you are requested to provide an explanation and to identify the last known location and custodian of the document. If you contend that you are entitled to withhold from review any or all documents identified herein on the basis of any privilege, then do the following with respect to each and every document so withheld: (a) describe the nature of the document (e.g., letter or memorandum); (b) state the date of the document; (c) identify the persons who sent and received the original and a copy of the document; (d) state

the subject matter of the document; and (e) state the basis upon which you contend you are entitled to withhold the document from production.

O. Unless otherwise instructed, the **relevant time period** for all responsive documents shall be four year prior to and through the date of filing the bankruptcy petition to the present.

P. The terms "**Debtor," "Debtors", "Jorge E. Ramirez", "You" and/or "Yours"** refers to the Debtor in this bankruptcy proceeding, jointly and severally, together with any and all, present and former agents, employees, representatives, servants, attorneys or other persons acting or purporting to act on behalf of Debtor.

Q. The term **"Trustee"**, refers to the Bankruptcy Trustee in **Case No. 16-22214-LMI,** together with any and all, present and former agents, employees, servants, attorneys, or other persons acting or purporting to act on behalf of Trustee.

## II.    CONTINUING REQUEST

This is a continuing request for the production of documents. At such time as you become aware of the existence of any additional documents responsive to this Request, you are hereby requested to produce such documents.

1. Any and all documents which Debtor relied upon and/or referred to in preparing bankruptcy petition and schedules.

2. Front and back copies of any and all driver's licenses issued to Debtor by the State of Florida, and any other State, during the relevant time period.

3. Complete copies of all sides of any and all voter identification cards issued to Debtor by the State of Florida, and any other State, during the relevant time period.

4. Copies of Debtor's **entire** U.S. Passport and passport(s) issued to Debtor by any other country.

5. All documents evidencing Debtor's status in the United States as a citizen and/or permanent resident alien or otherwise.

6. All documents reflecting Debtor's current marital status.

**7. Copies of any and all motor vehicle titles issued to Debtor by the State of Florida and any other State. Provide appraisal report of all vehicles disclosed in Debtor's schedule B.**

8. All documents evidencing any and all property (real and personal) that Debtor may have or had an ownership interest in or outside of the United States 4 (four) Years prior to Petition date.

9. Any and all documents including but not limited to: closing statement(s), deeds, mortgages, financing documents, and evidence of mortgage payment, relating to or reflecting your interest in, residence at, and/or occupation of real property located in Miami-Dade County, FL or anywhere else in the past four (4) years; as well all similar documents reflecting the residence, occupation or interest in said real property by any third person during the relevant time period.

10. All documents, including but not limited to the closing statement(s) and affidavits, for or relating to the sale or transfer of any and all real property interests within the past 4 years.

11. Copies of any and all real estate mortgage or financing documents with respect to any and all real property in your possession, custody or control during the relevant time period.

12. Any and all rental agreement(s) any funds received and disposition of receipt.

13. Any and all documents relating to any and all mortgages, loans, proceeds therefore, for any and all interest debtor jointly or separate for the past 4 (four) years. Also, monies borrowed against Debtor's real estate of any nature and paid or otherwise transferred to another within the four (4) year period prior to the filing of your bankruptcy petition through and including the date of response to this request.

14. Any and all income tax returns (foreign and/or domestic) filed and/or prepared by Debtor or on Debtor's behalf for the past 4 (four) years. Including but not limited to the year 2015.

15. All insurance policies insuring loss to any life or property, real or personal, that you own alone or jointly with any other person, or for which you are or have been a beneficiary for the time period of which you are or have been a beneficiary for the four year period prior to the filing of Debtor's petition, through the date of the response to this request for documents.

16. Any and all financial statements prepared by Debtor or on Debtor's behalf within the relevant time period.

**17. Copies of any and all (foreign and/or domestic) financial documents, front and back copies of cancelled checks, share drafts, bank statements, financial institution statements and account information relating to any and all financial accounts which Debtor is/was a signator or beneficiary. Also any financial account which Debtor has deposited monies into or withdrawn or transferred monies out of, whether or not Debtor's name appears as an owner or holder, during the relevant time period. Including Bank of America account ending in x6765.**

18. Any and all documents evidencing payments made by you to another person or entity (in excess of $5,000 in aggregate) paid 2 (two) prior to petition date.

19. All professional licenses Debtor holds.

20. All documents that evidence, refer of relate to involvement in any employment agreements, commission contracts, deals, sales, and/or pending monies Debtor may have or had with any other party 2 (two) years prior to petition date.

21. A copy of the Debtor detailed credit report including but not limited all three bureaus (TransUnion, Experian, and Equifax).

22. A copy of the Debtor's Non-filing spouse detail credit report including but not limited all three all three bureaus (TransUnion, Experian, and Equifax).

23. Any and all Credit Card statements used in preparing Debtor's bankruptcy schedule E. Including but not limited to statements for American Express under account x3406; Bank of America under accounts x8677, x9621, and x7996; Chase Bank under account x5459 and x6239;

## II     DESTROYED DOCUMENTS

If any document responsive to this Request was at one time in existence, but has been lost or destroyed, a list should be provided of the document(s) so lost or destroyed stating the following information for each such document: (a) the type of document; (b) the date on which it ceased to exist; (c) the circumstances of its loss or destruction, (d) the identity of all persons having knowledge of the reasons for its loss or destruction, and (e) the identity of all persons having knowledge of its contents.