UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:	Case No. 16-22214-LMI
	Chapter 7

Jorge E. Ramirez,

Debtor,
_____/

**TRUESTEE'S AGREED FOURTH MOTION TO EXTEND TIME TO OBJECT TO THE DEBTOR'S CLAIMED EXEMPTIONS AND/OR DISCHARGE**

DREW M. DILLWORTH, the Chapter 7 Trustee ("Trustee") of the bankruptcy estate of Jorge E. Ramirez ("Debtor"), by and through undersigned counsel, files and serves this the *Trustee's Agreed Fourth Motion To Extend Time To Object To The Debtor's Claimed Exemptions And/Or Discharge*, and states the following in support thereof:

1. Debtor filed a voluntary bankruptcy petition under Chapter 7 of Title 11 of the United States Code on September 1st, 2016.

2. Debtors' counsel has recently submitted a limited number of documents, which were omitted from the initial request for production. After review of the omitted documents the undersigned is still awaiting supplementary documents from the Debtor.

3. Additionally, the Trustee and Debtor's counsel are still coordinating dates for a Rule 2004 Examination *(Duces Tecum).* Therefore, the Trustee has yet to conclude his due diligence.

4. The undersigned has conferred with the Debtor's counsel and has been advised that the Debtor agreed to the extension through July 31st, 2017, within which the Trustee can timely object to the Debtor's claimed exemptions and the Debtor's discharge.

5. A proposed agreed order is submitted herewith.

**WHEREFORE,** the Trustee respectfully requests an order, granting the requested relief, and for such other and further relief this Court deems equitable and just.

I HEREBY CERTIFY That a true and correct copy of this pleading was served via ECF Service this 27th, day of June, 2017 upon: Robert Sanchez, Esq. as Debtor's Counsel; Drew M. Dillworth, Esq. as Trustee; and AUST.

I HEREBY CERTIFY that I am admitted to the Bar for the District Court in and for the Southern District of Florida and am in compliance with the additional qualifications to practice before this Court as set forth in Local Rule 2090-1(A).

Dated: June 27th, 2017

        Counsel for Trustee
        JAMES B. MILLER, PA
        19 West Flagler Street, Suite 416
        Miami, FL 33130
        Tel. No. (305) 374-0200
        Fax. No. (305) 374-0250
        email: jbm@title11law.com

        _____/s/_____
        JAMES B. MILLER, ESQ.
        Fla. Bar No. 0009164