

**ORDERED in the Southern District of Florida on June 29, 2017.**

Laurel M. Isicoff
Chief United States Bankruptcy Judge

_____

THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                  Case No. 16-22214-LMI
                                                        Chapter 7
Jorge E. Ramirez,

   Debtor,
_____/

**AGREED ORDER GRANTING: TRUSTEE'S AGREED FOURTH MOTION TO
EXTEND TIME TO OBJECT TO THE DEBTOR'S
<u>CLAIMED EXEMPTIONS AND/OR DISCHARGE</u>**

This matter came on before the Court on the Trustee's Agreed Fourth Motion to Extend Time to Object to The Debtor's Claimed Exemptions and/or Discharge ["Motion"], and the Court, having reviewed the file and Motion, noting the agreement to the requested relief, finding good cause shown, and being otherwise duly-advised in the premises, does

ORDER:

1. That the Motion is GRANTED, and the Trustee has an extension of time through and including July 31st, 2017; within which the Trustee can timely object to Debtor's claimed exemptions and/or the Debtor's discharge.

Submitted by:

James B. Miller, Esq.

Drew M Dillworth
ddillworth@swmwas.com, ddillworth@ecf.epiqsystems.com;marocha@stearnsweaver.com

Taji S Foreman on behalf of Creditor JPMorgan Chase Bank, N.A.
tforeman@kahaneandassociates.com, bkecf@kahaneandassociates.com

James B Miller on behalf of Trustee Drew M Dillworth
bkcmiami@gmail.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Robert Sanchez, Esq on behalf of Debtor Jorge E. Ramirez
court@bankruptcyclinic.com, courtECFmail@gmail.com